| | | |
|---|---|---|
| | * | IN THE |
| ATTORNEY GRIEVANCE | | |
| COMMISSION OF MARYLAND | * | SUPREME COURT |
| | * | |
| | | OF MARYLAND |
| v. | * | |
| | | AG No. 52 |
| DAVID H. STRINGER | * | |
| | | September Term, 2022 |
| | * | |

# O R D E R

In its Petition for Disciplinary or Remedial Action, the Attorney Grievance Commission requested that the Court impose reciprocal discipline to that imposed by the State Bar of Arizona, specifically Rule 8.2(a) of the Arizona Rules of Professional Conduct. Pursuant to Rule 19-737(e), the Court required the Commission to serve the respondent with the petition and required the Commission and the respondent to show cause why reciprocal discipline should not be imposed. Both parties filed responses. In his response, Mr. Stringer argues that exceptional circumstances exist to not impose reciprocal discipline. The Court concludes that Mr. Stringer did not demonstrate by clear and convincing evidence that exceptional circumstances exist that warrant substantially different discipline.

Accordingly, it is this 24th day of March 2023, by the Supreme Court of Maryland,

ORDERED that David H. Stringer is reprimanded for violation of Rule 8.2(a) of the Arizona Rules of Professional Conduct.

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Matthew J. Fader
Chief Justice



Gregory Hilton, Clerk